July 31, 1984.

479 A.2d 1151

Beer, Appellant, v. Travelers Ins. Co.

Submitted June 28, 1984. Gus Milides, for appellant; Robert C. Brown, Jr., for appellee.

Before OLSZEWSKI, POPOVICH and CERCONE, JJ.

Judgment affirmed.

479 A.2d 1152

Commonwealth v. Morgan, Appellant.

Submitted June 28, 1984. William W. Campbell, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before OLSZEWSKI, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.